Jack Leon CLARKE, Claimant-Appellant

v.

David J. SHULKIN, Secretary of Veterans Affairs, Respondent-Appellee

2016-2420

United States Court of Appeals, Federal Circuit.

June 12, 2017

REBECCA HARKER DUTTRY, McDermott, Will & Emery LLP, Washington, DC, argued for claimant-appellant. Also represented by JOSHUA DAVID ROGACZEWSKI.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.; SAMANTHA ANN SYVERSON, Y. KEN LEE, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Lourie, Taranto, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**